```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
MARK RUBENSTEIN,

                Plaintiff,

      - against -

ALFRED C. HIGGINS, and                            ORDER
URBAN ONE, INC.,
                                              20 Civ. 11128 (NRB)
                Defendants.
-------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Having reviewed the parties' pre-motion letters, dated March 19, 2021 and March 24, 2021, the Court has determined that defendants may bring their motion without the necessity of a pre-motion conference.

Plaintiff is reminded that if, consistent with Rule 11, he can assert additional allegations to cure any alleged deficiencies raised by defendants' letter, it would be in the best interest of both the parties and the Court for plaintiff to assert them now, before briefing on the proposed motions. Plaintiff is thus granted leave to file an amended complaint within two weeks of this Order. At that time, if no amended complaint has been filed,

the parties shall brief the motion in accordance with the agreed-to briefing schedule proposed in defendants' letter.

**SO ORDERED.**

Dated:    New York, New York
            April 1, 2021

                              NAOMI REICE BUCHWALD
                        UNITED STATES DISTRICT JUDGE